Certificate Number: 14912-PAE-DE-035802468

Bankruptcy Case Number: 21-11650



14912-PAE-DE-035802468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2021, at 11:19 o'clock PM EDT, Sandra Wagner completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 30, 2021            By:   /s/Jai Bhatt

                                 Name:  Jai Bhatt

                                 Title:  Counselor