UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Sandra Anne Wagner <br><br><br>     Debtor | Chapter 13 <br> Bankruptcy No.21-11650-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 14th day of September, 2021, by first class mail upon

those listed below:

Sandra Anne Wagner
1725 Betz Farm Drive
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

WARREN LEVY, ESQ
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DR, STE 202
MAPLE SHADE, NJ  08052


                                                           */s/ Deborah A. Earnshaw*
                                                           Deborah A. Earnshaw
                                                           for
                                                           Scott F. Waterman, Esquire
                                                           Standing Chapter 13 Trustee