**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF EASTERN PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Case No: 21-11650-PMM |
| | ) | |
| Sandra Anne Wagner, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

**DEBTOR'S RESPONSE TO THE CHAPTER**
**13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

AND NOW comes the Debtor, Sandra Anne Wagner, by and through her undersigned counsel, with this Response to the Chapter 13 Standing Trustee's Motion for Dismissal and avers as follows:

The Debtor admits to falling behind on her trustee payments. The Debtor anticipates receiving her tax refund in the next two weeks in the amount of $2,240.00. The Debtor requests a two (2) week adjournment and she will pay her arrears upon receipt of her tax refund.

WHEREFORE, the Debtor respectfully requests the Court enter an Order DENYING the Trustee's motion to dismiss.

Dated: April 19, 2022

                                                Respectfully Submitted,

                                                /s/ James DiMaggio
                                                James DiMaggio, Esq.
                                                Attorney ID No. 319713
                                                1000 Maplewood Drive
                                                Suite 202
                                                Maple Shade, NJ 08052
                                                Tel. (856) 831-7119
                                                Fax (856) 282-1090
                                                *Attorney for the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF EASTERN PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No: 21-11650-PMM |
| | ) | |
| Sandra Anne Wagner, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I, Amy J. Truss, Paralegal to James DiMaggio, with Keaveney Legal Group, 1000 Maplewood Dr., Suite 202, Maple Shade, NJ 08052 do hereby certify that on April 19, 2022, service of a true and correct copy of the attached pleadings including the Debtor's Response to the Chapter 13 Standing Trustee's Motion for Dismissal, and attachments thereto, was delivered by first class mail and/or electronic filing to the below named interested parties:

| Name and Address | Mode of Service |
|---|---|
| Scott Waterman, Trustee<br>ECFMail@ReadingCH13.com | Electronically |
| US Trustee<br>USTPRegion02.PH.ECF@usdoj.gov | Electronically |
| Sandra Wagner, Debtor | Electronically |
| Rebecca Ann Solarz<br>Attorney for The Bank of New York Mellon<br>bkgroup@kmllawgroup.com | Electronically |
| Apex Asset Management<br>2501 Oregon Pike<br>Suite 102<br>Lancaster, PA 17601-4890 | USPS First Class |
| CB of America<br>Attn: Bankruptcy<br>Po Box 5013<br>Hayward, CA 94540-5013 | USPS First Class |

| | |
|---|---|
| Collection Center<br>Attn: Bankruptcy Po Box 8666<br>Lancaster, PA 17604-8666 | USPS First Class |
| Finance System, Inc.<br>Attn: Bankruptcy<br>5703 National Road East<br>Richmond, IN 47374-2619 | USPS First Class |
| Lancaster Gen Hospital<br>c/o Creditors Bankruptcy Service<br>Po Box 800849<br>Dallas, TX 75380-0849 | USPS First Class |
| Penn Credit<br>Attn: Bankruptcy<br>PO Box 988<br>Harrisburg, PA 17108-0988 | USPS First Class |
| The Bank of New York Mellon<br>c/o Select Portfolio Servicing, Inc.<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | USPS First Class |

Date: April 19, 2022                              /s/ Amy J. Truss
                                                  Amy J. Truss