## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF EASTERN PENNSYLVANIA

| In Re: | ) | Case No: 21-11650-pmm |
|---|---|---|
|  | ) |  |
| Sandra Anne Wagner | ) |  |
|  | ) | Chapter 13 |
| Debtor. | ) |  |

### WITHDRAWAL AND ENTRY OF APPEARANCE

The undersigned notifies the Court that Warren Levy will be substituted as attorney of record for James DiMaggio, in this case.

Dated: May 6, 2022

_____
Signature of Former Attorney

Dated: May 6, 2022

_____
Signature of Substituted Attorney

-1-