Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-11650-PMM**

Sandra Anne Wagner  
1725 Betz Farm Drive  
Lancaster  PA    17603

Petition Filed Date: 06/10/2021  
341 Hearing Date: 07/20/2021  
Confirmation Date: 11/18/2021

Case Status: Dismissed After Confirmation on 5/12/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/20/2021 | $846.44 | | 09/28/2021 | $846.44 | | 10/13/2021 | $400.00 | |
| 11/01/2021 | $400.00 | | 02/25/2022 | $600.00 | | | | |

**Total Receipts for the Period: $3,092.88   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,092.88**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LANCASTER GENERAL HOSPITAL<br>»» 001 | Unsecured Creditors | $4,226.73 | $0.00 | $4,226.73 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»» 002 | Mortgage Arrears | $28,329.36 | $0.00 | $28,329.36 |
| 0 | WARREN LEVY, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | JAMES DIMAGGIO, ESQUIRE | Attorney Fees | $3,347.00 | $0.00 | $3,347.00 |
| 0 | WARREN LEVY, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11650-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,092.88 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $281.28 | Total Plan Base: | $43,692.88 |
| Funds on Hand: | $2,811.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.